# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DONTAE V. HARRIS | : | No. 19-439 |

## ORDER

**AND NOW**, this 25th day of November, 2019, upon consideration of Defendant's Motion to Dismiss Counts Four, Nine and Eleven (Docket No. 18), and the Government's opposition thereto, and for the reasons stated in the Memorandum accompanying this Order, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.